# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
KAPPEL, CANDACE A                   §     Case No. 09-08410
                                    §
                    Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was ___ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ ____, and now requests reimbursement for expenses of $ ____, for total expenses of $ _____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Robert B. Katz_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Case 09-08410 Doc 28 Filed 10/26/11 Entered 10/26/11 11:22:45 Desc Main
Document Page 3 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1
Exhibit A

Case No: 09-08410 JPC Judge: JACQUELINE P. COX Trustee Name: Robert B. Katz
Case Name: KAPPEL, CANDACE A Date Filed (f) or Converted (c): 03/13/09 (f)
 341(a) Meeting Date: 04/23/09
For Period Ending: 09/30/11 Claims Bar Date: 07/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase Bank | 156.00 | 0.00 | | 0.00 | FA |
| 2. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 4. 401k through employer | 3,204.64 | 0.00 | | 0.00 | FA |
| 5. 2008 tax refund-received $1080, debtor spent on da | 0.00 | 0.00 | | 0.00 | FA |
| 6. Personal injury claim; Kappel v. Beecham; case is | 0.00 | 75,000.00 | | 75,000.00 | FA |
| 7. 1 dog | 0.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.29 | Unknown |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $3,660.64 $75,000.00 $75,000.29 $0.00
 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and special counsel to pursue a cause of of action for a personal injury. Trustee and special

counsel have spoken on a number of occasions relative to potential settlements of this cause of action. Case

subsequently settled for &75,000.

Initial Projected Date of Final Report (TFR): 12/31/12 Current Projected Date of Final Report (TFR): 12/31/12

LFORM1 **UST Form 101-7-TFR (10/1/2010)** *(Page: 3)* Ver: 16.02b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-08410 -JPC | | Trustee Name: | Robert B. Katz |
| Case Name: | KAPPEL, CANDACE A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2237 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9801 | | | |
| For Period Ending: | 10/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | 6 | Nationwide Insurance P.O. Box 182166 Columbus, OH 43218-2166 | | 1142-000 | 75,000.00 | | 75,000.00 |
| 08/08/11 | | Transfer to Acct #*******2253 | Bank Funds Transfer | 9999-000 | | 49,909.00 | 25,091.00 |
| 08/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.29 | | 25,091.29 |
| 09/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,091.50 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 75,000.50 | 49,909.00 | 25,091.50 |
| | Less:  Bank Transfers/CD's | 0.00 | 49,909.00 | |
| | Subtotal | 75,000.50 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 75,000.50 | 0.00 | |

Page Subtotals   75,000.50   49,909.00

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-08410 -JPC | | Trustee Name: | Robert B. Katz |
| Case Name: | KAPPEL, CANDACE A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2253 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9801 | | | |
| For Period Ending: | 10/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/11 | | Transfer from Acct #*******2237 | Bank Funds Transfer | 9999-000 | 49,909.00 | | 49,909.00 |
| 08/08/11 | 000101 | Corboy & Demetrio | Per Court order 6/30/2011 | | | 21,264.28 | 28,644.72 |
| | | 33 N. Dearborn Street | $18,750.00 Fees | | | | |
| | | 21st Floor | $2,514.28 Expenses | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees 18,750.00 | 3210-600 | | | |
| | | | Expenses 2,514.28 | 3220-610 | | | |
| 08/08/11 | 000102 | Candace A. Kappel | DEBTOR'S EXEMPTION | 8100-002 | | 15,000.00 | 13,644.72 |
| | | 315 W. 29th St. | | | | | |
| | | Chicago, IL 60616 | | | | | |
| 08/08/11 | 000103 | State Farm Insurance | Per Court order 6/30/2011 | 4210-000 | | 500.00 | 13,144.72 |
| | | | Medical Lien | | | | |
| 08/08/11 | 000104 | United Health Care | Per Court order 6/30/2011 | 4210-000 | | 1,350.00 | 11,794.72 |
| | | | Medical Lien | | | | |
| 08/08/11 | 000105 | CIGNA HealthCare | Per Court order 6/30/11 | 4210-000 | | 11,794.72 | 0.00 |
| | | c/o ACS Recovery Services | Medical Lien | | | | |
| | | 1301 Basswood Road | | | | | |
| | | Schaumburg, IL 60173 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 49,909.00 | 49,909.00 | 0.00 |
| Less: Bank Transfers/CD's | | 49,909.00 | 0.00 | |
| Subtotal | | 0.00 | 49,909.00 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 0.00 | 34,909.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******2237 | 75,000.50 | 0.00 | 25,091.50 |
| Checking Account (Non-Interest Earn - *******2253 | 0.00 | 34,909.00 | 0.00 |
| | ------------ | ------------ | ------------ |
| Page Subtotals | 49,909.00 | 49,909.00 | |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-08410 -JPC |
| Case Name: | KAPPEL, CANDACE A |
| Taxpayer ID No: | *******9801 |
| For Period Ending: | 10/05/11 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2253  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 75,000.50 | 34,909.00 | 25,091.50 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:   /s/   Robert B. Katz   Date: 10/05/11
ROBERT B. KATZ

Page Subtotals   0.00   0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-08410 | | Page 1 | | Date: September 30, 2011 |
| Debtor Name: | KAPPEL, CANDACE A | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Corboy & Demetrio<br>33 N. Dearborn Street<br>21st Floor<br>Chicago, IL 60602 | Administrative | Per Court order 6/30/2011 | $21,264.28 | $21,264.28 | $0.00 |
| 001<br>3210-00 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $3,117.02 | $0.00 | $3,117.02 |
| 000005<br>050<br>4220-00 | CIGNA HealthCare<br>c/o ACS Recovery Services<br>1301 Basswood Road<br>Schaumburg, IL 60173 | Secured | | $11,794.72 | $11,794.72 | $0.00 |
| 999<br>8200-00 | CANDACE A KAPPEL<br>315 W. 29TH ST.<br>CHICAGO, IL  60616 | Unsecured<br>  Surplus Funds | | $10,373.52 | $0.00 | $10,373.52 |
| 000001<br>070<br>7100-00 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Sears - SEARS PREMIER CAR<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $1,756.52 | $0.00 | $1,756.52 |
| 000002<br>070<br>7100-00 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Sears - SEARS GOLD MASTER<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $667.64 | $0.00 | $667.64 |
| 000003<br>070<br>7100-00 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of HSBC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $3,086.46 | $0.00 | $3,086.46 |
| 000004<br>070<br>7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>ASSET ACCEPTANCE ASSIGNEE/<br>VICTORIA'S SECRET / WFNNB<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $274.49 | $0.00 | $274.49 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-08410 | | Page 2 | | | Date: September 30, 2011 |
| Debtor Name: | KAPPEL, CANDACE A | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $52,334.65 | $33,059.00 | $19,275.65 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-08410
Case Name: KAPPEL, CANDACE A
Trustee Name: Robert B. Katz

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | CIGNA HealthCare c/o ACS Recovery Services 1301 Basswood Road Schaumburg, IL 60173 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: David R. Brown | $ | $ | $ |
| Attorney for Trustee Expenses: David R. Brown | $ | $ | $ |
| Other: Corboy & Demetrio | $ | $ | $ |
| Other: Corboy & Demetrio | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of Sears - SEARS PREMIER CAR 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of Sears - SEARS GOLD MASTER 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | $ | $ | $ |
| 000003 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of HSBC 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | $ | $ | $ |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR ASSET ACCEPTANCE ASSIGNEE/ VICTORIA'S SECRET / WFNNB PO Box 248838 Oklahoma City, OK 73124-8838 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $           .