## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAPPEL, CANDACE A | § | Case No. 09-08410 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/07/2011 in Courtroom 619,

United States Courthouse
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KAPPEL, CANDACE A § Case No. 09-08410
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 75,000.50 |
| and approved disbursements of | $ | 49,909.00 |
| leaving a balance on hand of[1] | $ | 25,091.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | CIGNA HealthCare | $ 11,794.72 | $ 11,794.72 | $ 11,794.72 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 25,091.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ 5,712.68 | $ 0.00 | $ 5,712.68 |
| Attorney for Trustee Fees: David R. Brown | $ 3,102.50 | $ 0.00 | $ 3,102.50 |
| Attorney for Trustee Expenses: David R. Brown | $ 14.52 | $ 0.00 | $ 14.52 |
| Other: Corboy & Demetrio | $ 18,750.00 | $ 18,750.00 | $ 0.00 |
| Other: Corboy & Demetrio | $ 2,514.28 | $ 2,514.28 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,829.70 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

  Remaining Balance    $ 16,261.80

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 5,785.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Recovery Management Systems Corporation | $ 1,756.52 | $ 0.00 | $ 1,756.52 |
| 000002 | Recovery Management Systems Corporation | $ 667.64 | $ 0.00 | $ 667.64 |
| 000003 | Recovery Management Systems Corporation | $ 3,086.46 | $ 0.00 | $ 3,086.46 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 274.49 | $ 0.00 | $ 274.49 |

  Total to be paid to timely general unsecured creditors    $ 5,785.11

  Remaining Balance    $ 10,476.69

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.7 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 102.96 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,373.73 .

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-08410-JPC
Candace A Kappel                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 2                  Date Rcvd: Oct 27, 2011
                              Form ID: pdf006             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2011.
```
db         +Candace A Kappel,    315 W. 29th St.,    Chicago, IL 60616-2616
aty        +Robert B Katz,    Springer Brown Covey Gaetner & Davis,    400 S County Farm Road Suite 330,
             Wheaton, IL 60187-4547
aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
             Wheaton, IL 60187-4547
13637433   +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13637435   +Bank One/Chase,    Po Box 24603,    Columbus, OH 43224-0603
14736418   +CIGNA HealthCare,    c/o ACS Recovery Services,    1301 Basswood Road,    Schaumburg, IL 60173-4536
13637436   +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
13637438   +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
13637439   +Dsnb Macys,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13637440   +Education Fin Service/Nelnet Loan Servic,    Attention: Claims,    Po Box 17460,
             Denver, CO 80217-0460
13637441   +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
13637442   +HSBC,   Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13637443   +HSBC Nv/GM Card,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13637446   +Premiere Credit Of N A,    2002 No Wellesley Blvd 1,    Indianapolis, IN 46219-2417
13637447   +Rnb-fields3,    Attn.: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
13637448   +Sears Credit Cards,    PO BOX 183082,    Columbus, OH 43218-3082
13637449    Sears/cbsd,    133200 Smith Rd,    Cleveland, OH 44130
13637450   +Victoria’s Secret,    Po Box 182273,    Columbus, OH 43218-2273
13637452   +WFNNB / New York & Company,    Po Box 182273,    Columbus, OH 43218-2273
13637451   +West Suburban Bank,    711 S Westmore Ave,    Lombard, IL 60148-3770
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14162230    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2011 03:52:42
             AMERICAN INFOSOURCE LP AS AGENT FOR,    ASSET ACCEPTANCE ASSIGNEE/,    VICTORIA’S SECRET / WFNNB,
             PO Box 248838,    Oklahoma City, OK  73124-8838
13637434   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 28 2011 02:10:29     Asset Acceptance,
             Po Box 2036,    Warren, MI 48090-2036
13637437   +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 28 2011 02:11:08     Collection,
             Attn: Bankruptcy,    Po Box 9134,    Needham, MA 02494-9134
13637440   +E-mail/Text: electronicbkydocs@nelnet.net Oct 28 2011 02:13:37
             Education Fin Service/Nelnet Loan Servic,    Attention: Claims,    Po Box 17460,
             Denver, CO 80217-0460
13637444   +E-mail/Text: Bankruptcy@icsystem.com Oct 28 2011 02:13:32     I C System Inc,    Po Box 64378,
             Saint Paul, MN 55164-0378
13637445   +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Oct 28 2011 02:12:26     Northwest Collectors,
             3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
13965847   +E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2011 03:57:08
             Recovery Management Systems Corporation,    For Capital Recovery III LLC,    As Assignee of HSBC,
             25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13965840   +E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2011 03:57:08
             Recovery Management Systems Corporation,    For Capital Recovery III LLC,
             As Assignee of Sears - SEARS GOLD MASTER,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13964548   +E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2011 03:57:08
             Recovery Management Systems Corporation,    For Capital Recovery III LLC,
             As Assignee of Sears - SEARS PREMIER CAR,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: corrinal              Page 2 of 2               Date Rcvd: Oct 27, 2011
                              Form ID: pdf006             Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2011**                        **Signature:**    *Joseph Speetjens*