UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
KAPPEL, CANDACE A § Case No. 09-08410
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/Robert B. Katz, Trustee_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Candace A. Kappel |  |  |  |
| CANDACE A KAPPEL |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CIGNA HEALTHCARE |  |  |  |  |  |
|  | STATE FARM INSURANCE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNITED HEALTH CARE | | | | | |
| 000005 | CIGNA HEALTHCARE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| DAVID BROWN | | | | | |
| CORBOY & DEMETRIO | | | | | |
| DAVID BROWN | | | | | |
| CORBOY & DEMETRIO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Bank One/Chase Po Box 24603 Columbus, OH 43219 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Collection Attn: Bankruptcy Po Box 9134 Needham, MA 02494 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Attn: Bankruptcy Po Box 9134 Needham, MA 02494 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dsnb Macys Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Education Fin Service/Nelnet Loan Servic Attention: Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | G M A C 2740 Arthur St Roseville, MN 55113 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | HSBC Nv/GM Card Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Premiere Credit Of N A 2002 No Wellesley Blvd 1 Indianapolis, IN 46219 |  |  |  |  |  |
|  | Rnb-fields3 Attn.: Bankruptcy 6356 Corley Rd Norcross, GA 30071 |  |  |  |  |  |
|  | Sears Credit Cards PO BOX 183082 Columbus, OH 43218 |  |  |  |  |  |
|  | Sears/cbsd 133200 Smith Rd Cleveland, OH 44130 |  |  |  |  |  |
|  | Victoria's Secret Po Box 182273 Columbus, OH 43218 |  |  |  |  |  |
|  | WFNNB / New York & Company Po Box 182273 Columbus, OH 43218 |  |  |  |  |  |
|  | West Suburban Bank 711 S Westmore Ave Lombard, IL 60148 |  |  |  |  |  |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000003 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-08410 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | KAPPEL, CANDACE A | | | Date Filed (f) or Converted (c): | 03/13/09 (f) |
| | | | | 341(a) Meeting Date: | 04/23/09 |
| For Period Ending: | 03/31/13 | | | Claims Bar Date: | 07/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase Bank | 156.00 | 0.00 | | 0.00 | FA |
| 2. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 4. 401k through employer | 3,204.64 | 0.00 | | 0.00 | FA |
| 5. 2008 tax refund-received $1080, debtor spent on da | 0.00 | 0.00 | | 0.00 | FA |
| 6. Personal injury claim; Kappel v. Beecham; case is | 0.00 | 75,000.00 | | 75,000.00 | FA |
| 7. 1 dog | 0.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.97 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,660.64 | $75,000.00 | | $75,000.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee disbursed funds to creditors in December, 2011. Trustee will file a TFA after all checks have cleared the bank.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.01

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-08410 -JPC |
| Case Name: | KAPPEL, CANDACE A |
| Taxpayer ID No: | *******9801 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2237  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | 6 | Nationwide Insurance P.O. Box 182166 Columbus, OH 43218-2166 | | 1142-000 | 75,000.00 | | 75,000.00 |
| 08/08/11 | | Transfer to Acct #*******2253 | Bank Funds Transfer | 9999-000 | | 49,909.00 | 25,091.00 |
| 08/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.29 | | 25,091.29 |
| 09/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,091.50 |
| 10/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,091.71 |
| 11/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,091.92 |
| 12/09/11 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 25,091.97 |
| 12/09/11 | | Transfer to Acct #*******2253 | Final Posting Transfer | 9999-000 | | 25,091.97 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 75,000.97 | 75,000.97 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 75,000.97 | |
| Subtotal | 75,000.97 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 75,000.97 | 0.00 | |

Page Subtotals   75,000.97   75,000.97

Ver: 17.01

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-08410 -JPC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KAPPEL, CANDACE A | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2253  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9801 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/11 | | Transfer from Acct #*******2237 | Bank Funds Transfer | 9999-000 | 49,909.00 | | 49,909.00 |
| 08/08/11 | 000101 | Corboy & Demetrio | Per Court order 6/30/2011 | | | 21,264.28 | 28,644.72 |
| | | 33 N. Dearborn Street | $18,750.00 Fees | | | | |
| | | 21st Floor | $2,514.28 Expenses | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees        18,750.00 | 3210-600 | | | |
| | | | Expenses    2,514.28 | 3220-610 | | | |
| 08/08/11 | 000102 | Candace A. Kappel | DEBTOR'S EXEMPTION | 8100-002 | | 15,000.00 | 13,644.72 |
| | | 315 W. 29th St. | | | | | |
| | | Chicago, IL 60616 | | | | | |
| 08/08/11 | 000103 | State Farm Insurance | Per Court order 6/30/2011 | 4210-000 | | 500.00 | 13,144.72 |
| | | | Medical Lien | | | | |
| 08/08/11 | 000104 | United Health Care | Per Court order 6/30/2011 | 4210-000 | | 1,350.00 | 11,794.72 |
| | | | Medical Lien | | | | |
| 08/08/11 | 000105 | CIGNA HealthCare | Per Court order 6/30/11 | 4210-000 | | 11,794.72 | 0.00 |
| | | c/o ACS Recovery Services | Medical Lien | | | | |
| | | 1301 Basswood Road | | | | | |
| | | Schaumburg, IL 60173 | | | | | |
| 12/09/11 | | Transfer from Acct #*******2237 | Transfer In From MMA Account | 9999-000 | 25,091.97 | | 25,091.97 |
| 12/09/11 | 000106 | ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-000 | | 5,712.68 | 19,379.29 |
| | | 53 W. Jackson | | | | | |
| | | Suite 1320 | | | | | |
| | | Chicago, IL  60604 | | | | | |
| 12/09/11 | 000107 | David R. Brown | Attorney for Trustee Fees (Other Fi | | | 3,117.02 | 16,262.27 |
| | | Springer, Brown, Covey, Gaertner & Davis | | | | | |
| | | 400 South County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |

Page Subtotals    75,000.97    58,738.70

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-08410 -JPC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KAPPEL, CANDACE A | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2253  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9801 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees         3,102.50 | 3210-000 | | | |
| | | | Expenses       14.52 | 3220-000 | | | |
| 12/09/11 | 000108 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of Sears - SEARS PREMIER CAR 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000001, Payment 101.77966% | | | 1,787.78 | 14,474.49 |
| | | | Claim         1,756.52 | 7100-000 | | | |
| | | | Interest        31.26 | 7990-000 | | | |
| 12/09/11 | 000109 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of Sears - SEARS GOLD MASTER 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000002, Payment 101.77940% | | | 679.52 | 13,794.97 |
| | | | Claim          667.64 | 7100-000 | | | |
| | | | Interest        11.88 | 7990-000 | | | |
| 12/09/11 | 000110 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of HSBC 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000003, Payment 101.77971% | | | 3,141.39 | 10,653.58 |
| | | | Claim         3,086.46 | 7100-000 | | | |
| | | | Interest        54.93 | 7990-000 | | | |
| 12/09/11 | 000111 | AMERICAN INFOSOURCE LP AS AGENT FOR ASSET ACCEPTANCE ASSIGNEE/ VICTORIA'S SECRET / WFNNB PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000004, Payment 101.78149% | | | 279.38 | 10,374.20 |
| | | | Claim          274.49 | 7100-000 | | | |

Page Subtotals        0.00       5,888.07

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-08410 -JPC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KAPPEL, CANDACE A | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2253 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9801 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/09/11 | 000112 | CANDACE A KAPPEL<br>315 W. 29TH ST.<br>CHICAGO, IL 60616 | Interest 4.89<br>Surplus Funds | 7990-000<br>8200-002 | | 10,374.20 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 75,000.97 | 75,000.97 | 0.00 |
| Less: Bank Transfers/CD's | 75,000.97 | 0.00 | |
| Subtotal | 0.00 | 75,000.97 | |
| Less: Payments to Debtors | | 25,374.20 | |
| Net | 0.00 | 49,626.77 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2237 | 75,000.97 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********2253 | 0.00 | 49,626.77 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 75,000.97 | 49,626.77 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee  Date: 04/04/13
ROBERT B. KATZ, TRUSTEE

Page Subtotals  0.00  10,374.20

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*